# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL D. RUSS,                                )
                                             )
        Plaintiff,                 )
                                             )
vs.                                          )        CIVIL NO. 09-cv-868-MJR
                                             )
TODD BITTLE, et al.,                         )
                                             )
        Defendants.                )

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*.  On October 14, 2009, the Clerk of Court received a § 1983 civil rights complaint submitted by Plaintiff, an inmate at the Shawnee Correctional Center, seeking relief against the prosecuting attorney in his criminal case, his court-appointed attorney, and the Illinois Department of Children and Family Services (DCFS).  Plaintiff, however, did not submit either the required $350 filing fee or a motion to proceed *in forma pauperis*.  On that same date - and acting pursuant to Plaintiff's request - the Clerk of Court mailed Plaintiff a form motion to proceed *in forma pauperis*.  Further, Plaintiff was warned that if he failed to pay the full filing fee or submit a proper motion to proceed *in forma pauperis* his complaint would be dismissed.  More than six months have passed since Plaintiff was instructed to pay the filing fee or submit a motion to proceed *in forma pauperis*, but Plaintiff has still not submitted either.

Accordingly, this complaint is **DISMISSED** without prejudice due to Plaintiff's  failure to either pay the full filing fee or to submit a motion to proceed *in forma pauperis* as previously

instructed.  The Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.  All pending motions are

**DENIED** as moot.

       **IT IS SO ORDERED.**

       **DATED this 26th day of April, 2010.**


                     **s/ Michael J. Reagan**
                     **MICHAEL J. REAGAN**
                     **United States District Judge**